UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:19-cv-61516-JEM

SUNFARI EXPERIENCES, LLC,
a foreign limited liability corporation,

  Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO POLICY
NUMBER ASP00154700,
a foreign insurance company,

  Defendant.
_____/

**DEFENDANT, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER ASP00154700'S, ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

COMES NOW, the Defendant, UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER ASP00154700 ("Underwriters" or "Defendant"), hereby files its Answer and Affirmative Defenses to Plaintiff's Complaint and in support thereof, Defendant states as follows:

  1. Defendant acknowledges that this is a claim seeking damages in excess of seventy-five thousand and 00/100 ($75,000.00) dollars, but denies that Plaintiff is entitled to any damages whatsoever.

  2. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 2.

  3. Without knowledge, therefore denied. Defendant demands strict proof of all factual allegations in paragraph 3.

4. Denied. Defendant demands strict proof of all factual allegations in paragraph 4.

## INTRODUCTION AND FACTUAL BACKGROUND

5. Without knowledge, therefore denied. Defendant demands strict proof of all factual allegations in paragraph 5.

6. Without knowledge, therefore denied. Defendant demands strict proof of all factual allegations in paragraph 6.

7. Admitted with the exception that the insurance policy number is ASP00154700, not ASP00254700.

8. Without knowledge, therefore denied. Defendant demands strict proof of all factual allegations in paragraph 8.

9. Without knowledge, therefore denied. Defendant demands strict proof of all factual allegations in paragraph 9.

10. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 10.

11. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 11.

12. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 12.

13. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 13.

14. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 14.

15. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 15.

16. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 16.

17. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 17.

18. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 18.

19. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 19.

20. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 20.

21. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 21.

22. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 22.

23. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 23.

24. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 24.

25. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 25.

26. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 26.

27. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 27.

28. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 28.

29. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 29.

30. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 30.

31. Without knowledge, and therefore denied. Defendant demands strict proof of all factual allegations in paragraph 31.

32. Denied. Defendant demands strict proof of all factual allegations in paragraph 32.

33. Denied. Defendant demands strict proof of all factual allegations in paragraph 33.

34. Denied. Defendant demands strict proof of all factual allegations in paragraph 34.

35. Denied. Defendant demands strict proof of all factual allegations in paragraph 35.

36. Denied. Defendant demands strict proof of all factual allegations in paragraph 36.

37. Denied. Defendant demands strict proof of all factual allegations in paragraph 37.

38. Denied. Defendant demands strict proof of all factual allegations in paragraph 38.

39. Denied. Defendant demands strict proof of all factual allegations in paragraph 39.

40. Denied. Defendant demands strict proof of all factual allegations in paragraph 40.

41. Denied. Defendant demands strict proof of all factual allegations in paragraph 41.

## COUNT 1 – BREACH OF CONTRACT

Defendant reasserts and re-alleges Paragraphs 1-41 as though fully set forth herein.

42. Admitted.

43. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 43.

44. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 44.

45. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 45.

46. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 46.

47. Without knowledge, therefore denied.  Defendant demands strict proof of all factual allegations in paragraph 47.

48. Denied.  Defendant demands strict proof of all factual allegations in paragraph 48.

49. Denied.  Defendant demands strict proof of all factual allegations in paragraph 49.

50. Denied.  Defendant demands strict proof of all factual allegations in paragraph 50.

51. Denied.  Defendant demands strict proof of all factual allegations in paragraph 51.

52. Denied.  Defendant demands strict proof of all factual allegations in paragraph 52.

53. Denied.  Defendant demands strict proof of all factual allegations in paragraph 53.

54. Denied.  Defendant demands strict proof of all factual allegations in paragraph 54.

55. Denied.  Defendant demands strict proof of all factual allegations in paragraph 55.

56. Denied.  Defendant demands strict proof of all factual allegations in paragraph 56.

57. Denied.  Defendant demands strict proof of all factual allegations in paragraph 57.

58. Denied.  Defendant demands strict proof of all factual allegations in paragraph 58.

59.     Denied.  Defendant demands strict proof of all factual allegations in paragraph 59.

60.     Denied.  Defendant demands strict proof of all factual allegations in paragraph 60.

61.     Denied.  Defendant demands strict proof of all factual allegations in paragraph 61.

62.     Denied.  Defendant demands strict proof of all factual allegations in paragraph 62.

WHEREFORE, by reason of the foregoing, the Defendant UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER ASP00154700, respectfully requests the Court to enter a judgment in the Defendant's favor and dismiss the Plaintiff's Complaint with prejudice including the relief sought in the Wherefore Clause of the Complaint and award such further relief deemed just and appropriate.

## **AFFIRMATIVE DEFENSES**

The Defendant hereby affirmatively alleges and specifically states as follows:

1.      As and for its *First Affirmative Defense*, Defendant affirmatively alleges a failure to state a claim for which relief can be granted under this cause of action. The damages sought are not covered by the at-issue Policy as the subject damages were excluded under the Policy. *See Policy attached as Exhibit 'A' to Plaintiff's Complaint.*

2.      As and for its *Second Affirmative Defense*, Defendant affirmatively alleges that Plaintiff's recovery is barred by the doctrine of substantial performance. Defendant has fully performed under the policy by promptly inspecting and investigating the claim. As such, the Defendant has substantially preformed its duties under the at-issue Policy.

3.      As and for its *Third Affirmative Defense*, Defendant affirmatively alleges that Plaintiff is not entitled to collect the amounts alleged to be owed from the Defendant based on the defense of legal and/or equitable estoppel.

4. As and for its *Fourth Affirmative Defense*, Defendant affirmatively alleges that coverage is not afforded due to Plaintiff's failure to comply with its duties after loss.

5. As and for its *Fifth Affirmative Defense*, Defendant affirmatively alleges that Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver and/or promissory estoppel.

6. As and for its *Sixth Affirmative Defense*, Defendant affirmatively alleges that Plaintiff would be unjustly enriched if Defendant is compelled to pay the amounts alleged in the Complaint. The Policy speaks for itself and to award Plaintiff the damages alleged in the Complaint would result in unjust enrichment.

7. As and for its *Seventh Affirmative Defense*, Defendant affirmatively asserts that Plaintiff has failed to join indispensable parties to this litigation.

8. As and for its *Eighth Affirmative Defense*, Defendant affirmatively alleges that Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands due to Plaintiff's failure to promptly make repairs.

9. As and for its *Ninth Affirmative Defense*, Defendant affirmatively alleges the Plaintiff breached the implied covenant of good faith and fair dealings.

10. As and for its *Tenth Affirmative Defense*, Defendant affirmatively alleges that any liability, if any, is limited by the terms and conditions of the policy, including all exclusions, limitations and deductible provisions contained therein.

11. As and for its *Eleventh Affirmative Defense*, Defendant demands a set-off for any and all sources paid or payable to Plaintiff as a result of the acts or events referred to in Plaintiff's Complaint

12. As and for its *Twelfth Affirmative Defense*, Defendant alleges the loss is not covered under the at-issue Policy. *See Policy attached as Exhibit 'A' to Plaintiff's Complaint.*

13. As and for its *Thirteenth Affirmative Defense*, Defendant alleges its obligations, if any, are limited to the extent that Plaintiff failed to mitigate or minimize its damages.

14. As and for its *Fourteenth Affirmative Defense*, Defendant alleges that any coverage provided under the policy is subject to the entirety of the terms and conditions set forth in the policy and as amplified, extended, or modified by the endorsements.

15. Defendant affirmatively denies all of Plaintiff's allegations not expressly denied herein.

16. Defendant reserves the right to assert any additional affirmative defenses that may become known during discovery.

## DEMAND FOR JURY TRIAL

The Defendant demands a jury trial on all issues so triable as a matter of right.

Dated July 22, 2019.

Respectfully Submitted:

**BROWN SIMS**
*Attorneys for the Defendant*
4000 Ponce de Leon Blvd.
Suite 630
Coral Gables, FL 33146
(305) 274-5507 – Office
(305) 274-5517 – Fax
mgreen@brownsims.com

By: */s/ Marlin K. Green*
**MARLIN K. GREEN, ESQ.**
Florida Bar No. 419532
**CODY L. FRANK, ESQ.**
Florida Bar No. 124100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via E-mail to Counsel listed below on July 22, 2019.

By*:*  */s/ Marlin K. Green*
**MARLIN K. GREEN, ESQ.**
Florida Bar No. 419532

## SERVICE LIST

**James H. Perry, II, Esq.**
Florida Bar No.
**Patrick J. Ryan, Esq.**
Florida Bar No. 1011099
PERRY & NEBLETT, P.A.
1650 SE 17th Street, Suite 200
Fort Lauderdale, Florida 33316
Tel: (954) 500-1000
perry@maritimeattorneys.com
patrick@maritimeattorneys.com
*Attorney for Plaintiff*